

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/10/2024 09:00 AM

COURTROOM   4A, 4th Floor

## HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:22-bk-01326-BAJ** | **11** | **07/01/2022** |

**Chapter 11**

**DEBTOR:**       Karen Hall

**DEBTOR ATTY:   Katelyn Vinson**

**TRUSTEE:       NA**

**HEARING:**

Preliminary Hearing on Motion to Extend Time to Meet Certain Trial Deadlines. Filed by Katelyn M Vinson on behalf of Debtors Karen W. Hall, Spuddog Farm Properties LLC Doc 363

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**

Preliminary Hearing on Motion to Extend Time to Meet Certain Trial Deadlines. Filed by Katelyn M Vinson on behalf of Debtors Karen W. Hall, Spuddog Farm Properties LLC Doc 363

  TRIALS ON MOTION TO DETERMINE SECURED STATUS/VALUE AND CONFIRMATION BOTH CONTINUED. VINSON TO SUBMIT ORDER CONTINUING TRIAL ON MOTION TO DETERMINE SECURED STATUS/VALUE TO SEPTEMBER 12 @ 8:00 (1 DAY TRIAL).   COURT TO PREPARE AMENDED CONFIRMATION ORDER MOVING CONFIRMATION TO OCTOBER 22 & 23 @ 8:30 (2 DAY TRIAL).   ORE TENUS MOTION TO EXTEND EXCLUSIVITY PERIOD GRANTED ORDER VINSON. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.