**ORDERED.**

Dated:  April 17, 2024

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>KAREN W. HALL<br>SPUDDOG FARM PROPERTIES LLC,<br>    Debtors.<br>_____/ | Case No. 3:22-bk-01326-BAJ<br>Case No. 3:22-bk-01341-BAJ<br>Chapter 11<br>(Jointly Administered Cases) |
| KAREN W. HALL<br>SPUDDOG FARM PROPERTIES LLC,<br>    Applicable Debtors.<br>_____/ | Case No. 3:22-bk-01326-BAJ<br>Case No. 3:22-bk-01341-BAJ |

## ORDER CONTINUING VALUATION TRIAL

THIS CASE came before the Court for status conference on April 10, 2024, at 9:00 a.m. (the "**Hearing**"), to discuss new trial dates and trial deadlines for the Confirmation Trial currently scheduled for April 25, 2024, at 9:00 a.m. The Court, for the reasons stated orally and recorded in open court that shall constitute the decision of the Court, finds it appropriate to continue the trial on the *Amended Omnibus Motion to Determine Secured Status of World Business Lenders for Purpose of Determining Indubitable Equivalence* (Doc. No. 320) ("**Motion to Value**"), filed by Karen W. Hall and Spuddog Farm Properties, LLC (the "**Debtors**").  According, it is

**ORDERED** that:

1.    The trial on the Motion to Value, currently scheduled on April 25, 2024, at 9:00 a.m. is hereby rescheduled to September 12, 2024, at 8:00 a.m. ("**Valuation Trial**").

      2.      **Pretrial Disclosures**. Parties shall file and exchange names, telephone numbers, and addresses for witnesses, and any designations of depositions at least 28 days before the Valuation Trial. Any Objection to use of depositions shall be filed within fourteen days of the disclosure.

      3.      **Exhibits**. Parties shall comply with all requirements of Local Rules 7001-1 and 9070-1 concerning exhibits. Parties shall exchange exhibits no later than seven days before the Valuation Trial.

      4.      **Objections to Authenticity**. Objections to authenticity shall be filed and served no later than the close of business on the second business day before the Valuation Trial.

      5.      **Self-Authentication**. If parties intend to rely on self-authentication procedures of Fed. R. Evid. 902(11) or (12), the written declarations shall be filed twenty-eight days before the Valuation Trial.

      6.      **Expert Testimony**. As a condition of using expert testimony at trial, parties must comply with Fed. R. Cic P. 26(a)(2) no later than 28 days before the Valuation Trial.

      7.      **Discovery Cutoff**. Parties shall complete discovery no later than seven days before the Valuation Trial date except that parties may complete previously scheduled deposition up to the date of the Valuation Trial.

      8.      **Meet and Confer Requirement**. Counsel for all parties shall confer within seven days prior to the Valuation Trial and seek in good faith to settle the case.

      9.      **Summary Judgment**. Any motion for summary judgment shall be filed no later than sixty days before the Valuation Trial.

*Attorney Katelyn M. Vinson is directed to serve a copy of this order on all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*