

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/23/2024 10:00 AM

COURTROOM   4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:22-bk-01326-BAJ | 11 | 07/01/2022 |

**Chapter 11**

**DEBTOR:**   Karen Hall

**DEBTOR ATTY:**   Katelyn Vinson

**TRUSTEE:**   NA

**HEARING:**

Status Conference

-Request for Expedited Status Conference Filed by David S Jennis on behalf of Debtors Karen W. Hall, Spuddog Farm Properties LLC Doc 378

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Status Conference

 HELD.  CONFIRMATION/DISCLOSURE STATEMENT TRIAL MOVED TO JANUARY 14-15 8:30 AM (ORDER ENTERED DOC 384). TRIAL ON AMENDED MOTION TO DETERMINE SECURED STATUS/VALUE OF WBL CHANGED TO PRELIMINARY HEARING AND STATUS CONFERENCE SET SEPTEMBER 12 @ 1:00 PM CRD PREPARED NOTICE (DOC 386).

-Request for Expedited Status Conference Filed by David S Jennis on behalf of Debtors Karen W. Hall, Spuddog Farm Properties LLC Doc 378
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.