# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| In re: | |
| KAREN W. HALL | Case No. 3:22-bk-01326-BAJ |
| SPUDDOG FARM PROPERTIES, LLC | Case No. 3:22-bk-01341-BAJ |
| | Chapter 11 Proceeding |
| Debtors. | (Jointly Administered Cases) |
| | |
| KAREN W. HALL, | Case No. 3:22-bk-01326-BAJ |
| SPUDDOG FARM PROPERTIES LLC, | Case No. 3:22-bk-01341-BAJ |
| Applicable Debtors. | |

## MOTION TO RESCHEDULE HEARING

Plaintiff Nutrien Ag Solutions, Inc., formerly known as Crop Production Services, Inc. ("Nutrien"), by counsel, and pursuant to Local Rule 5071-1, hereby moves this Court for entry of an Order rescheduling the hearing currently scheduled to begin on August 19, 2025, at 8:00 a.m. (the "Hearing") on (i) final approval of the *Disclosure Statement in Connection with Third Amended Joint Chapter 11 Plan of Liquidation for Karen W. Hall and Spuddog Farm Properties, LLC* (ECF No. 429) (the "Disclosure Statement") filed by Karen W. Hall ("Mrs. Hall") and Spuddog Farm Properties, LLC ("Spuddog," and together with Mrs. Hall, the "Debtors"); and (ii) confirmation of the Debtors' *Third Amended Joint Chapter 11 Plan of Liquidation for Karen W. Hall and Spuddog Farm Properties, LLC* (ECF No. 422) (the "Plan"), and in support thereof states as follows:

### Background

1. Mrs. Hall and Spuddog filed petitions under Chapter 11 of Title 11 of the United States Code in this Court on July 1, 2022, and July 5, 2022, respectively (the "Petition Dates").

1

2. The Debtors filed their Plan and Disclosure Statement on December 18, 2024, and December 31, 2024, respectively.

3. The Court previously set a hearing on the Disclosure Statement and Plan (and the Debtors' Motion to Value) on April 8, 2025; however, on February 25, 2025, Nutrien filed a motion to continue that hearing (ECF No. 463).

4. At the March 4, 2025 hearing on Nutrien's motion to continue, the Court confirmed the parties' availability for a hearing on July 22, 2025, at 8:00 a.m.

5. After the hearing on Nutrien's motion to continue, the Court entered its *Order Granting Nutrien Ag Solutions, Inc. Formerly Known as Crop Production Services Inc.'s Motion to Continue* (ECF No. 472), continuing the hearing on the Disclosure Statement, Plan, and Motion to Value to July 22, 2025, at 8:00 a.m.

6. Additionally, the Court entered an *Amended Order Conditionally Approving Disclosure Statement, Scheduling Trial on Disclosure Statement and Confirmation of Plan of Reorganization, Fixing Time for Filing Fee and Other Administrative Expense Applications, and Fixing Time for Filing Acceptances or Rejections of Plan* (ECF No. 474) (the "Amended Order"), pursuant to which the Court set the Disclosure Statement and Plan for a two-day hearing beginning on August 19, 2025, at 8:00 a.m. (the "Hearing").

7. Nutrien's understanding is that following the hearing on Nutrien's motion to continue, the Court decided to set separate hearings on the Motion to Value (July 22) and the Disclosure Statement and Plan (August 19).

8. Nutrien has no objections to separate hearings for the pending contested matters.

9. However, Nutrien's representative, Nancy Chase, has a preexisting conflict with the August 19, 2025 Hearing, as she will be out of the country on a cruise with limited ability to

communicate with Nutrien's counsel.

10. Ms. Chase is listed as a potential witness on Nutrien's witness list and has decision-making authority from Nutrien with respect to the accounts at issue in the Debtors' bankruptcy cases. Ms. Chase's conflict existed prior to the hearing on Nutrien's motion to continue, and prior to Nutrien's counsel confirming Nutrien's availability for the July 22, 2025 hearing date.

11. The Court is also familiar with Chris Brinza, who testified on behalf of Nutrien during the Nutrien Adversary and who has familiarity with the Nutrien accounts at issue in these cases. Counsel has confirmed that Mr. Brinza is also not available to attend the Hearing in person due to a preexisting conflict. However, Mr. Brinza has limited availability during which he could appear at the Hearing remotely via Zoom, if permitted by the Court.

12. Accordingly, Nutrien respectfully requests that the Court reschedule the Hearing on the Debtors' Disclosure Statement and Plan to a date that is agreeable to all parties in interest who intend to participate in the Hearing. To the extent the Court does not reschedule the Hearing, Nutrien requests that to the extent testimony of a Nutrien representative is necessary, the Court allow Mr. Brinza to appear remotely at the Hearing via Zoom.

## **Argument**

13. Pursuant to Local Rule 5071-1, "a continuance may be allowed by order of the Court for good cause shown." When considering whether to grant a continuance, courts in the Eleventh Circuit have considered (1) the moving party's diligence in readying its case prior to the trial date; (2) the likelihood that the need for a continuance will be remedied if the continuance is granted; (3) the extent to which the continuance will inconvenience the court and opposing party; and (4) the extent to which the moving party will suffer harm without the continuance. *Debose v. Univ. of S. Fla. Bd. of Trs.*, 2018 U.S. Dist. LEXIS 242671, at *3 (M.D. Fla. Sept. 2, 2018).

14. Good cause exists to continue this matter from the currently scheduled date of August 19, 2025, as Nutrien's representatives and potential witnesses have preexisting conflicts and are unable to attend the Hearing in person.

15. Denying Nutrien the proposed continuance and proceeding with the August 19, 2025 Hearing on the Disclosure Statement and Plan would materially prejudice Nutrien, as two of its potential witnesses are unavailable. Although Mr. Brinza could appear remotely if permitted by the Court, the Court has indicated a preference for witnesses to appear in person.

16. Any inconvenience to the Debtors and the Court by rescheduling the Hearing to an agreeable date will be minimal, and is significantly outweighed by the prejudice to Nutrien that will result if the Court denies Nutrien's motion to reschedule. Rescheduling the Hearing will not result in additional cost to the Debtors, and will ensure that all parties have a fair and adequate opportunity to present their evidence and argument on the Disclosure Statement and Plan.

17. Prior to filing this motion, Nutrien's counsel e-mailed Debtors' counsel, counsel for WBL, and the office of the United States Trustee regarding its request to reschedule the hearing, pursuant to Local Rule 5071-1. Counsel for WBL requested that any rescheduled date be earlier in August or in July. The office of the United States Trustee has represented that it does not have an objection to the proposed continuance. Nutrien's counsel has not received a response from Debtors' counsel.

WHEREFORE, Nutrien Ag Solutions, Inc. formerly known as Crop Production Services, Inc. respectfully requests that this Court enter an Order rescheduling the August 19, 2025 Hearing on the Disclosure Statement and Plan or, if the Court does not reschedule the Hearing, permitting Mr. Brinza to appear remotely at the Hearing via Zoom and for such other relief as the Court finds necessary and just.

**RESPECTFULLY SUBMITTED,** the 4th day of April, 2025

        **Moore Clarke Duvall & Rodgers, P.C.**

By:   /s/ Matthew E. Eutzler

MATTHEW E. EUTZLER
Florida State Bar No: 50665
*Attorneys for Nutrien Ag Solutions, Inc. formerly known as Crop Production Services, Inc.*
2611 North Patterson Street, 2nd Floor (31602)
Post Office Box 4540
Valdosta, Georgia 31604-4540
Telephone: 229-245-7823
Facsimile: 229-245-7825
Email: meutzler@mcdr-law.com

/s/ Timothy G. Moore

Robert H. Chappell, III (admitted *pro hac vice*)
Virginia State Bar No: 31698
Timothy G. Moore (admitted *pro hac vice*)
Virginia State Bar No: 41730
SPOTTS FAIN PC
*Attorneys for Nutrien Ag Solutions, Inc. formerly known as Crop Production Services, Inc.*
411 East Franklin Street, Suite 600 (23219)
Post Office Box 1555
Richmond, Virginia 23218
Telephone: 804-697-2000
Facsimile: 804-697-2067
Email: rchappell@spottsfain.com
Email: tmoore@spottsfain.com

**CERTIFICATE OF SERVICE**

  I, Timothy G. Moore, certify that I served the foregoing by electronic service through the Court's CM/ECF system, by email or by U.S. Mail, postage prepaid, on April 4, 2025, on each of the following:

| | |
|---|---|
| David S. Jennis<br>Katelyn M. Vinson<br>Andrew J. Wit<br>Jennis Morse<br>606 East Madison Street<br>Tampa, Florida 33602<br>Email: djennis@jennislaw.com<br>   kvinson@jennislaw.com<br>   awit@jennislaw.com<br>*Attorneys for Debtor* | Scott E. Bomkamp<br>Office of the United States Trustee<br>400 West Washington Street, Suite 1100<br>Orlando, Florida 32801<br>Email: scott.e.bomkamp@usdoj.gov<br>*Office of the U.S. Trustee* |
| Jonathan M. Sykes<br>NARDELLA & NARDELLA PLLC<br>135 West Central Blvd., Suite 300<br>Orlando, Florida 32801<br>Email: jsykes@nardellalaw.com<br>   klynch@nardellalaw.com<br>*Counsel for WBL SPO II, LLC* | Michael A. Nardella<br>NARDELLA & NARDELLA PLLC<br>135 West Central Blvd., Suite 300<br>Orlando, Florida 32801<br>Email: mnardella@nardellalaw.com<br>*Counsel for WBL SPO II, LLC* |
| Danielle S. Kemp<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, Florida 33602-5148<br>Email: kempd@gtlaw.com<br>*Counsel for Cambridge Farms, Inc.* | |

            /s/ Matthew E. Eutzler
            MATTHEW E. EUTZLER
            Florida State Bar No.: 50665
            *Attorneys for Nutrien Ag Solutions, Inc.*