In re:  
KAREN W. HALL,  
SPUDDOG FARM PROPERTIES LLC,  
          Debtors.

Case No. 3:22-bk-01326-BAJ [Lead Case]  
Case No. 3:22-bk-01341-BAJ  
Chapter 11  
(Jointly Administered Cases)

_____/

KAREN W. HALL,  
SPUDDOG FARM PROPERTIES LLC,  
          Applicable Debtor.

Case No. 3:22-bk-01326-BAJ  
Case No. 3:22-bk-01341-BAJ

_____/

## DEBTORS' UNOPPOSED MOTION TO EXTEND DEADLINE
## TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT

Karen W. Hall ("Hall") and Spuddog Farm Properties LLC ("Spuddog") (collectively, the "Debtors"), by counsel and pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, hereby seek the entry of an order extending the deadline for filing their amended plan and disclosure statement established in the *Order Granting Unopposed Final Motion to Continue Confirmation Trial, Reschedule Confirmation, and Trial Deadlines, and Extend Deadline for Filing Amended Plan and Disclosure Statement* (Doc. No. 572) (the "Extension Order"), through and including May 15, 2026.  In support of this Motion, the Debtors state as follows:

### I.      Background

1. On July 1, 2022, Hall filed her *Voluntary Petition for Individuals Filing for Bankruptcy* (Doc. No. 1).

2. On July 5, 2022, Spuddog filed its *Voluntary Petition for Non-Individuals Filing for Bankruptcy* (Spuddog Doc. No. 1).

3. On July 25, 2022, this Court entered its *Order Granting Debtors' Expedited Motion for Joint Administration of Affiliated Cases* (Hall Doc. No. 34 and Spuddog Doc. No. 28)

which jointly administered the two bankruptcy cases for procedural purposes only.

4. On December 18, 2024, the Debtors filed the *Third Amended Joint Chapter 11 Plan of Liquidation for Karen W. Hall and Spuddog Farm Properties, LLC* (Doc. No. 422) (the "Plan") and on December 31, 2024 the *Disclosure Statement in Connection with Third Amended Joint Chapter 11 Plan of Liquidation for Karen W. Hall and Spuddog Farm Properties, LLC* (Doc. No. 429).

5. On February 27, 2026, this Court entered its *Amended Order (I) Conditionally Approving Disclosure Statement, (II) Scheduling Combined Disclosure Statement and Confirmation Hearing, (III) Setting Related Deadlines, and (IV) Setting Deadline for Filing Administrative Expense Applications* (Doc. No. 574) (the "Scheduling Order") which rescheduled the two-day trial on confirmation to begin on August 25 and 26, 2026, at 8:00 a.m. (the "Confirmation Trial"), and scheduling certain deadlines.

6. The Extension Order set forth the deadline for filing an amended plan and disclosure statement for May 1, 2026.

7. The Debtors, WBL SPO II, LLC and World Business Lenders, LLC (collectively "WBL"), and Nutrien AG Solutions, Inc. ("Nutrien") (the Debtors, WBL and Nutrien collectively are the "Parties") have completed mediation and reached a global agreement as the plan treatment.

8. The Parties are working on edits to the draft fourth amended plan, however, they require additional time to ensure that the plan and disclosure statement include the necessary mediated settlement terms and that the Parties have an opportunity to review and provide comments.

9. Accordingly, the Debtors seek an extension of time to file their amended plan and

disclosure statement through May 15, 2026 to provide the Parties an opportunity to review the draft plan and disclosure statement and provide comments.

10. These extensions will not impact any deadlines for the currently scheduled Confirmation Trial.

11. The undersigned has reached out to the United States Trustee, WBL and Nutrien in connection with the relief requested herein and all are in agreement with the extension.

## II. Standard and Relief Requested

9. "[W]hen an act is required or allowed to be done at or within a specified period . . . by order of court, the court *for cause shown* may at any time in its discretion . . . order the period enlarged if the request therefor is made before the expiration of the period originally prescribed." Fed. R. Bank. P. 9006(b)(1) (emphasis added).

10. "[W]hen an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court *for cause shown* may in its discretion with or without motion or notice order the period reduced." *Id.* at 9006(c)(1) (emphasis added).

11. The Bankruptcy Code does not define the term "for cause", but the Eleventh Circuit defined the term by reference to its ordinary meaning, as an "adequate or sufficient reason." *Piazaa v. Nueterra Healthcare Physical Therapy, LLC (In re Piazza)*, 719 F.3d 1253, 1261 (11th Cir. 2013).

**WHEREFORE**, the Debtors respectfully request the entry of an order **(i)** granting the Motion, **(ii)** extending the deadline for filing the amended plan through May 15, 2026 and **(iii)** granting such other relief as the Court may deem necessary and appropriate.

DATED this 1st day of May, 2026.

/s/ Katelyn M. Vinson
Katelyn M. Vinson
Florida Bar No. 122774
**Jennis Morse**
Address:      606 East Madison Street
                Tampa, Florida 33602
Email:          kvinson@jennislaw.com
                ecf@jennislaw.com
Facsimile:  (813) 405-4046
Telephone:  (813) 229-2800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF on the parties that receive service via CM/ECF in the ordinary course of business on this 1st day of May, 2026.

/s/ Katelyn M. Vinson
Katelyn M. Vinson